UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MATEO DE LA CRUZ CASARRUBIAS,
*individually and on behalf of others similarly situated*,

       20-cv-03003-AMD

    *Plaintiff*,

-against-

SURF AVE WINE & LIQUOR INC. (D/B/A SURF
WINE & LIQUOR) and WEI QIN XU AKA MICKEY,

    *Defendants.*
----------------------------------------------------------------X

## NOTICE OF MOTION

  **PLEASE TAKE NOTICE** that, upon the annexed declaration of Michael Faillace, and attached exhibits, and the declarations of Plaintiff Mateo De La Cruz Casarrubias ("Plaintiff"), the accompanying memorandum of law, and all prior papers and proceedings in this case, the Plaintiff, by counsel, will move the court, on December 21, 2020 at 10:00 a.m., pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b), for judgment by default against Defendants Surf Ave Wine & Liquor Inc. (d/b/a Surf Wine & Liquor), and Wei Qin Xu aka Nicky.

  Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the court may direct.

Dated: New York, New York
   November 20, 2020      MICHAEL FAILLACE & ASSOCIATES, P.C.

             By: /s/ Michael Faillace
               Michael Faillace, Esq.
               MICHAEL FAILLACE & ASSOCIATES, P.C.
               One Grand Central Place
               60 East 42nd Street, Suite 4510
               New York, New York 10165
               Tel: (212) 317-1200

                                                  Fax: (212) 317-1620
                                                  Email: michael@faillacelaw.com
                                                  *Attorneys for Plaintiffs*

To:

Surf Ave Wine & Liquor Inc. (d/b/a Surf Wine & Liquor)
3030 Mermaid Ave
Brooklyn, New York 11224

Wei Qin Xu aka Nicky
 3030 Mermaid Ave
 Brooklyn, New York 11224