UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MATEO DE LA CRUZ CASARRUBIAS,            JUDGMENT

                      Plaintiff,            20-CV-3003 (AMD) (RLM)

   v.

SURF AVE WINE & LIQUOR INC. and
WEI QINXU,

                      Defendants.
-----------------------------------------------------------------X

       A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on June 2, 2021, adopting the Report and Recommendation of Magistrate Judge Roanne L. Mann, dated May 11, 2021, granting plaintiff's motion for default judgment; finding the defendants jointly and severally liable for a judgment totaling $41,817.50, consisting of (1) $ 10,230 in unpaid overtime wages and minimum wages, (2) $4,104 in spread-of-hours premiums, (3) $14,334 in liquidated damages, (4) $10,000 in statutory damages, (5) $2617.50 in attorneys' fees and (6) $532 in costs; awarding pre-judgment and post-judgment interest, to be calculated as set forth in Judge Mann's Report and Recommendation: first, starting from June 9, 2019, nine percent interest on $4,104 at a daily rate of $1.01 until the final judgment is entered, and second, starting from July 31, 2019, nine percent interest on $4,080 at a daily rate of $1.01 until the final judgment is entered; post-judgment interest, and the pre-judgment interest being $732.25 and $679.73; it is

       ORDERED AND ADJUDGED that plaintiff's motion for default judgment is granted; and that judgment is hereby entered against defendants jointly and severally in the total amount of $43,229.48 plus post-judgment interest.

Dated: Brooklyn, NY                    Douglas C. Palmer
    June 3, 2021                         Clerk of Court

                                                          By: */s/Jalitza Poveda*
                                                                 Deputy Clerk